IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE KEVIN HASAN, )<br>Material Witness )<br>) | No. 02-1068-MG |

O R D E R

The government's motion to terminate supervision (Docket Entry No. 47) is GRANTED.

The conditions of release provided in the orders entered June 20, 2005 (Docket Entry Nos. 24-25), as modified by the order entered December 9, 2009 (Docket Entry No. 46), are hereby VACATED.

Lucretia Franklin is relieved of all obligations as third-party custodian and Kevin Hasan is no longer a material witness in the case of United States v. Shakir, 3-98-00038.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge